IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

KYURAKYN HOLDINGS, INCORPORATED,

      Plaintiff,      ORDER
v.                   09-cv-702-wmc

JUST IN TIME DISTRIBUTION COMPANY
and DAVID C. ABBE,

      Defendants,

and

DAVID C. ABBE,

      Counter Claimant,
v.

KURYAKYN HOLDINGS, INCORPORATED,
MOTORSPORT AFTERMARKET GROUP, INC.
TOM RUDD and TOM ELLSWORTH,

      Counterclaim Defendants.

---

  The Court having been advised that principal defendant/counter claimant David C. Abbe has filed for bankruptcy on January 1, 2011, IT IS ORDERED that the above entitled action is DISMISSED without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), subject to reopening upon a showing of good cause.

  Entered this 25th day of January, 2011.

                BY THE COURT:

                _____
                William M. Conley
                District Judge