IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

KURYAKYN HOLDINGS, INCORPORATED,

                Plaintiff,                ORDER FOR DISMISSAL

   v.

                                                                09-cv-702-wmc

DAVID C. ABBE d/b/a JUST IN TIME DISTRIBUTION
COMPANY,

                Defendant and Counterclaimant,

   v.

KURYAKYN HOLDINGS, INCORPORATED,
MOTORSPORT AFTERMARKET GROUP, INC.
TOM RUDD and TOM ELLSWORTH,

                Counterclaim Defendants.

---

Pursuant to the parties' representation at the conclusion of the liability portion of the jury trial, this case is hereby dismissed with prejudice and without costs. Any party may move to reopen for good cause shown.

Entered this 21st day of November, 2013.

                                                           BY THE COURT:

                                                           /s/

                                                           _____
                                                           WILLIAM M. CONLEY
                                                          District Judge